PETER KELLER

*v.*

JOSEPH H. ROSSBACH.

</div>

NEW TRIAL—*verdict against the evidence.* In this case, the verdict of the jury is regarded as sustained by the evidence.

APPEAL from the Superior Court of Cook county; the Hon. WM. A. PORTER, Judge, presiding.

This was an action of assumpsit, brought by Rossbach against Keller to recover for goods, wares and merchandise sold and delivered by the plaintiff to the defendant.

A trial by jury resulted in a verdict and judgment in favor of the plaintiff for $365. To reverse this judgment the defendant appeals.

Mr. THOMAS SHIRLEY, for the appellant.

Mr. ADOLPH MOSES, for the appellee.

Per CURIAM : There was no ground of objection to the depositions. Notice was given to appellant's attorney of the time

of suing out the *dedimus,* with interrogatories, in full compliance with section 10 of chapter 40, R. Stat. 233, and they were returned to the superior court enclosed with the *dedimus.*

The proof of indebtedness is overwhelming in favor of appellee, and the verdict was right, and the judgment must be affirmed.

*Judgment affirmed.*